IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-00215-FDW
(3:09-cr-00017-FDW-DCK-1)

| TADARIAN RESHAWN NEAL, | ) |
| --- | --- |
| Petitioner, | ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**THIS MATTER** is before the Court on the parties' joint motion to unseal documents which were filed by Petitioner in this § 2255 proceeding. For the reasons stated in the motion, and for good cause shown, the parties' joint motion will be granted.

**IT IS, THEREFORE, ORDERED** that the Clerk shall unseal Document Nos. 20, 21, 23, 24, 25, and 28.

**SO ORDERED.**

Signed: August 28, 2015

Frank D. Whitney
Chief United States District Judge