# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Tadarian Reshawn Neal,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:13-cv-00215-FDW |
| | ) | 3:09cr00017-01-FDW |
| vs. | ) | |
| | ) | |
| **United States of America,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 26, 2016 Order.

April 26, 2016

*[signature: Frank D. Johns]*